IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00093-WDM-PAC

JANET A. KELLY, and
GERALD L. KELLY,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion to Vacate Settlement Conference Set for June 14, 2006 [filed May 30, 2006; Doc. No. 11] is **GRANTED** as follows:

    The Settlement Conference set for June 14, 2006 is *vacated.*

Dated:  May 31, 2006